Opinion filed November 21, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00286-CV

_____

## RUBEN RODRIGUEZ, JR., Appellant

## V.

## NAOMI SANCHEZ RODRIGUEZ, Appellee

**On Appeal from the 244th District Court**

**Ector County, Texas**

**Trial Court Cause No. C-128,144**

### M E M O R A N D U M   O P I N I O N

Appellant, Ruben Rodriguez, Jr., filed a pro se notice of appeal on September 24, 2013. Appellant did not remit the filing fee or an affidavit of indigence with his notice of appeal, and this court notified Appellant that the filing fee was due. We subsequently informed Appellant, by letters dated October 24 and 25, 2013, that this appeal would be subject to dismissal if he failed to pay the $195 filing fee by November 1, 2013. Appellant has not responded to our letters,

and as of this date, Appellant has not paid the filing fee.  We note that Appellant has also failed to pay for the clerk's record and the reporter's record.

Because Appellant has failed to pay the required filing fee in this appeal, we dismiss the appeal.  TEX. R. APP. P. 5, 42.3.

PER CURIAM

November 21, 2013

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.